# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

HADI HAJIMOHAMMADIDIBAZAR,

       Petitioner,

      v.                                    Case No. 1:26-cv-00001-KWR-LF

KRISTI NOEM*, Secretary of the Department*
*of Homeland Security,*
JOEL GARCIA, *El Paso Acting Field Office Director*
*U.S. Immigration and Customs Enforcement,*
TODD LYONS, *Acting Director, United States Immigration and*
*Customs Enforcement*
MELISSA ORTIZ, *Acting Warden of Torrance County Detention Center*, *and*
PAMELA JO BONDI, *Attorney General of the United States*,

       Respondents.

## SECOND ORDER TO ANSWER

THIS MATTER comes before the Court *sua sponte*. The Court directed Respondents to answer the Petition within twenty-one days of service of the Petition and Order.  *See* Order to Answer, Doc. 4.  Petitioner filed a certificate of service, stating the *Petition* was served through certified mail. *See* Doc. 10. The certificate does not state whether the Court's *order* was served as well.  *See* Doc. 10 at 1. Therefore, it is unclear whether Petitioner complied with the Court's order and whether Respondents were aware of the deadline to respond to the Petition. Considering the record, the Court directs Respondents to file an answer within **fourteen (14) days**[1] of the entry of this order.  If they fail to file an answer, the Court may grant the Petition without further notice.

---

[1] The Court finds fourteen days is sufficient time for Respondents to answer the Petition, as they have been aware of the Petition for weeks.

Petitioner may file a reply to the answer within **fourteen (14) days** of the entry of this order. Petitioner may expedite consideration of his Petition by filing his reply before the deadline.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall serve this Order on the Respondents in accordance with the Standing Order filed January 28, 2026. *See* Standing Order, *In re Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, No. 1:26-mc-00004 (D.N.M. Jan. 28, 2026), Doc. 3.

**IT IS FURTHER ORDERED** that the Respondents shall answer the Petition within **fourteen (14) days** of the **entry** of this Order. The answer must address the merits of the Petition and attach all relevant evidence or documents Respondents wish the Court to consider. If Respondents file a motion to dismiss, they are warned that the Court *will* construe it as an answer to the Petition, and grant or deny habeas relief without ordering a further answer. **If Respondents fail to timely answer, the Court may proceed to rule on the Petition without further notice.**

**IT IS FURTHER ORDERED** that Petitioner shall file a reply brief within **fourteen (14) days** of the filing of the answer. The Court will interpret any motion to dismiss as an answer, and the Petition will be considered fully briefed upon the filing of Petitioner's reply, unless supplemental briefing is ordered by the Court.

**IT IS FINALLY ORDERED** that the parties must **immediately** alert the Court if any changes to Petitioner's detention or his immigration proceedings would affect the outcome of this habeas case.

             /S_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE