**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

HADI HAJIMOHAMMADIDIBAZAR,

     Petitioner

v.                                                                                      Case No. 1:26-cv-00001-KWR-LF

MELISSA ORTIZ, Acting Warden, Torrance
County Detention Facility; JOEL GARCIA, Field
Office Director, El Paso Field Office, United
States Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director, United
States Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of Homeland Security;
PAMELA JO BONDI, United States Attorney
General, in their official capacities,

     Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on March 11, 2026, recommending that the Court grant petitioner Hadi Hajimohammadidibazar's Verified Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1). Doc. 18. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id*. at 13. To date, the parties have not filed any objections, and the time to do so has passed.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 18) are **ADOPTED**.

2.    Mr. Hajimohammadidibazar's Petition for a Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

3.      Respondents shall immediately release Petitioner under the same terms of supervision, if any, that were in place at the time of his detention.

4.      Respondents are directed to file a status report within **three (3) days** of the entry of this order.


_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

2